HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST IRON CORP, a Washington Corporation, UBI No. 603241293, Contractor's License No. NORTHCI887PN; M.A. MORTENSON COMPANY; FEDERAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Payment and Performance Bond Nos. 82390770 and 106271038; and WESTERN WASHINGTON UNIVERSITY,<br><br>Defendants. | Civil Action No. 2:17-cv-00945-TSZ<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NORTH COAST IRON CORP TO FILE ANSWER TO COMPLAINT |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NORTH COAST IRON CORP TO FILE ANSWER TO COMPLAINT**
Page 1 of 3
**Case No. 2:17-cv-00945-TSZ**

**BROWNLIE WOLF & LEE, LLP**
230 E. Champion Street
Bellingham, WA 98225
Ph. (360) 676-0306/Fax: (360) 676-8058

## STIPULATION

COME NOW Plaintiffs and Defendant North Coast Iron Corp ("North Coast") in the above-captioned action, by and through their counsel of record, and hereby stipulate that North Coast's due date to file answer to Plaintiffs' complaint is extended to September 27, 2017. Accordingly, the parties request that the Court enter the order below

DATED this 14th day of July, 2017.

*s/ Mark J. Lee*
Mark J. Lee, WSBA #19339
of Brownlie Wolf & Lee, LLP
Attorneys for Defendant North Coast Iron Corp

*s/ Noelle E. Dwarzski (via e-mail authority)*
Noelle E. Dwarzski, WSBA #40041
of McKenzie Rothwell Barlow & Coughran, P.S.
Attorneys for Plaintiffs

## ORDER

THIS MATTER having come before the Court pursuant to the stipulation between Plaintiffs and Defendant North Coast Iron Corp, docket no. 6,

IT IS HEREBY ORDERED that North Coast shall be granted an extension of time to September 27, 2017, to file a responsive pleading or motion.

DATED this 18th day of July, 2017.

*[signature]*
Thomas S. Zilly
United States District Judge

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NORTH COAST IRON CORP TO FILE ANSWER TO COMPLAINT**
**Page 2 of 3**
**Case No. 2:17-cv-00945-TSZ**

**BROWNLIE WOLF & LEE, LLP**
230 E. Champion Street
Bellingham, WA 98225
Ph. (360) 676-0306/Fax: (360) 676-8058

Presented by:

*s/ Mark J. Lee*
Mark J. Lee, WSBA #19339
of Brownlie Wolf & Lee, LLP
Attorneys for Defendant North Coast Iron Corp

*s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
of McKenzie Rothwell Barlow & Coughran, P.S.
Attorneys for Plaintiffs

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NORTH COAST IRON CORP TO FILE ANSWER TO COMPLAINT**
**Page 3 of 3**
**Case No. 2:17-cv-00945-TSZ**

BROWNLIE WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph. (360) 676-0306/Fax: (360) 676-8058