UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al.,

Plaintiffs,

v.

NORTH COAST IRON CORP., et al.,

Defendants.

C17-945 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation, docket no. 10, between plaintiffs and defendants M.A. Mortenson Company, Federal Insurance Company, and Travelers Casualty and Surety Company of America, the deadline for such defendants to file a responsive pleading or motion is EXTENDED to September 27, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1