UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>NORTH COAST IRON CORP, et al., <br><br>　　　　　Defendants. | C17-945 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Pursuant to the stipulation between plaintiffs and defendant North Coast Iron Corp ("North Coast"), docket no. 14, the deadline for North Coast to file a responsive pleading or motion is EXTENDED to October 10, 2017.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of October, 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1