UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE
NORTHWEST IRONWORKERS
HEALTH AND SECURITY FUND,
et al.,

                  Plaintiffs,

    v.

NORTH COAST IRON CORP, et al.,

                  Defendants.

C17-945 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The "stipulation" submitted by plaintiffs and defendant North Coast Iron Corp ("North Coast Iron"), docket no. 16, is not signed by counsel for all parties and is treated as a joint motion for dismissal of plaintiffs' claims against North Coast Iron. The parties request that the Court enter a "judgment" of dismissal without prejudice; however, judgment cannot be entered when claims are dismissed without prejudice. The motion is instead treated as seeking dismissal of plaintiffs' claims against North Coast Iron without prejudice and is GRANTED. *See* Fed. R. Civ. P. 41(a)(2).

(2) The remaining parties having stipulated that plaintiffs' claims against defendants M.A. Mortenson Company, Federal Insurance Company, Travelers Casualty and Surety Company of America, and Western Washington University are dismissed with prejudice and without costs, docket no. 17, the Clerk is DIRECTED to CLOSE this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

MINUTE ORDER - 1

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of November, 2017.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk